**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444; (213) 252-0091 facsimile
E-mail: manncook@earthlink.net

Attorney for Plaintiff

JS-6

FILED
CLERK, U.S. DISTRICT COURT
4/19/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: MG DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON SOTO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES ETC. ET AL,<br><br>Defendants. | Case No. 2:17-cv-09246 JGB (SPx)<br><br>**JUDGMENT FOR PLAINTIFF AS AGAINST DEFENDANT COUNTY OF LOS ANGELES ONLY** |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure and in accordance with the terms of the offer of judgment served February 23, 2018 by defendant County of Los Angeles (see doc. 20), judgment is hereby entered in favor of Plaintiff as against defendant County of Los Angeles only, in the amount of $20,000.00. All remaining defendants are dismissed with prejudice.

DATED: April 19, 2018

**CLERK OF COURT**
United States District Court

by /s/ M. Galvez
Maynor Galvez, Deputy Clerk

-1-

00124444.WPD